65 A.3d 289

George BUSSINGER, Appellee

v.

THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS; The State Correctional Institution—Forest; Jeffery Beard, Secretary of Corrections; Debra K. Sauers, Superintendent of the State Correctional Institution at Forest; M.T. Toski, Business Manager, D.A. Woodard, Erin Wallace–Ireland, Appellants.

Supreme Court of Pennsylvania.

Feb. 19, 2013.

## ORDER

PER CURIAM.

AND NOW, this 19th day of February, 2013, the Order of the Commonwealth Court is AFFIRMED.